UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

    Plaintiff,

v.

MARION EXCAVATING AND
CONSTRUCTION, LLC,

    Defendants.                                 No. 14-cv-968-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 5).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on October 21, 2014 (Doc. 6) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:    /s/*Caitlin Fischer*
                                                          Deputy Clerk

Dated:   October 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.21
16:18:00 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT